UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARK SAVOY | CIVIL ACTION NO. 6:11-cv-0605 |
| VS. | SECTION P |
| | JUDGE HAIK |
| ST. LANDRY PARISH | MAGISTRATE JUDGE HANNA |

### REPORT AND RECOMMENDATION

*Pro se* plaintiff Mark Savoy filed the instant civil rights complaint pursuant to 42 U.S.C. §1983 on April 14, 2011, alleging that he is incarcerated at the Catahoula Correctional Center and further alleging that he was denied medical treatment. Plaintiff also applied for *in forma pauperis* (IFP) status on April 14, 2011. (Rec. Doc. 2). His complaint and application were deficient, and on April 27, 2011 he was ordered to submit his complaint on an approved form and to submit a completed IFP application on the approved form or to submit the filing fee. He was also provided the appropriate forms. (Rec. Doc. 4). In the order, Plaintiff was advised that a failure to amend his pleadings as instructed within thirty days would result in the pleadings being stricken from the record. (Rec. Doc. 4). On May 11, 2011, Plaintiff filed another deficient complaint (Rec. Doc. 5) and another deficient IFP application (Rec. Doc. 6). He was provided with another set of forms and advised to complete them,

with original signatures, and to return them to the clerk of court. Since that date, nothing more has been filed in the record.

Accordingly, the undersigned recommends that the complaint and all associated pleadings submitted by the plaintiff be dismissed and stricken from the record.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), parties aggrieved by this recommendation have fourteen days from service of this report and recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen days after being served with of a copy of any objections or responses to the district judge at the time of filing.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in the report and recommendation within fourteen days following the date of its service, or within the time frame authorized by Fed. R. Civ. P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the district court, except upon grounds of plain error. See *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

Signed at Lafayette, Louisiana on September 1st, 2011.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)