RECEIVED

SEP 2 8 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

MARK SAVOY                             CIVIL ACTION NO. 6:11-cv-0605

VS.                                    SECTION P

                                       JUDGE HAIK

ST. LANDRY PARISH                      MAGISTRATE JUDGE HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the plaintiff's complaint and all associated pleadings submitted by the plaintiff are dismissed and stricken from the record.

Lafayette, Louisiana, this 27th day of September, 2011.

_____
Richard T. Haik
United States District Judge