RECEIVED
SEP 28 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARK SAVOY | CIVIL ACTION NO. 6:11-cv-0605 |
| VS. | SECTION P |
| | JUDGE HAIK |
| ST. LANDRY PARISH | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the plaintiff's complaint and all associated pleadings submitted by the plaintiff are dismissed and stricken from the record.

Lafayette, Louisiana, this 27th day of September, 2011.

Richard T. Haik
United States District Judge